140 So. 368

## STATE v. INVESTORS' SYNDICATE.
### 6 Div. 18.

Supreme Court of Alabama.
Jan. 14, 1932.

Rehearing Denied March 31, 1932.

Thos. E. Knight, Jr., Atty. Gen., Frontis H. Moore, Asst. Atty. Gen., and Thos. J. Judge and Horace C. Wilkinson, both of Birmingham, for the State.

Smyer, Smyer & Bainbridge, of Birmingham, for appellee.

BOULDIN, J.

This cause is affirmed on the authority of the companion case of State v. Mortgage-Bond Co. of New York, ante, p. 406, 140 So. 365.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

140 So. 368

## STATE v. INVESTORS' SYNDICATE.
### 6 Div. 19.

Supreme Court of Alabama.
Jan. 14, 1932.

Rehearing Denied March 31, 1932.

Thos. E. Knight, Jr., Atty. Gen., Frontis H. Moore, Asst. Atty. Gen., and Thos. J. Judge and Horace C. Wilkinson, both of Birmingham, for appellant.

Smyer, Smyer & Bainbridge, of Birmingham, for appellee.

BOULDIN, J.

This case is affirmed on the authority of the companion case of State v. Mortgage-Bond Co. of New York, ante, p. 406, 140 So. 365.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.